Robert D. Smith, defendant-petitioner, pro se.

### ORDER

Treating petitioner's letter as a petition for writ of habeas corpus, said petition is denied as moot.

Richard D. TAYLOR

v.

John J. MORAN, Director Adult Correctional Institutions.

No. 79–146–M.P.

Supreme Court of Rhode Island.

Feb. 28, 1980.

Joseph A. Capineri, Pawtucket, for petitioner.

Dennis J. Roberts II, Atty. Gen., Faith A. LaSalle, Special Asst. Atty. Gen., for respondent.

### ORDER

The petition for writ of habeas corpus is denied as moot.

David A. YOUNG, Sr.

v.

Joshua PARK et al.

No. 77–363–A.

Supreme Court of Rhode Island.

Feb. 28, 1980.

David A. Young, Sr., pro se.

Hanson, Curran & Parks, Robert D. Parrillo, Providence, for defendant Joshua Park.

### ORDER

The plaintiff's motion for permission to have a stenographer present at oral argument is denied.

John R. JONES, Jr.

v.

Walter MOSLEY.

No. 77–361–A.

Supreme Court of Rhode Island.

March 4, 1980.

Kathleen Managhan, Newport, for plaintiff.

Dean J. Lewis, Newport, for defendant.

### ORDER

The defendant was directed to appear on March 3, 1980, and Show Cause why his appeal should not be dismissed in view of the fact that his motion for a new trial was not supported by allegations appropriate for such a motion following a jury-waived case, *Colvin v. Goldenberg*, 108 R.I. 198, 273 A.2d 663 (1971), and further, that the remaining issues he raised lacked merit. No cause having been shown, the appeal is hereby dismissed and the papers are remanded to the Superior Court.

